UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA RENTERIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DOLLAR TREE STORES, INC.,<br><br>　　　　　Defendant. | No.  1:22-cv-00793-DAD-SKO<br><br>ORDER SUBMITTING ACTION TO ARBITRATION AND STAYING ACTION PURSUANT TO THE PARTIES' STIPULATION<br><br>(Doc. No. 7) |

　　　　On July 18, 2022, the parties to this action filed a stipulation notifying the court that they have agreed to submit this matter to binding arbitration pursuant to the parties' Arbitration Agreement, a copy of which the parties attached to their stipulation.  (Doc. No. 7.)  Pursuant to that stipulation, and good cause appearing, the court orders as follows:

　　　　1.　　This action shall be submitted to binding arbitration in accordance with the terms of the parties' Arbitration Agreement;

　　　　2.　　This action shall be stayed pending arbitration, and all dates currently on calendar are vacated; and

/////

/////

/////

1

3. The parties are required to notify the court that arbitration proceedings have concluded within fourteen (14) days of the issuance of the arbitrator's decision.

IT IS SO ORDERED.

Dated: **July 20, 2022**

_____
UNITED STATES DISTRICT JUDGE