UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA RENTERIA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DOLLAR TREE STORES, INC.,<br><br>　　　　　　Defendant. | No. 1:22-cv-00793-ADA-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 11) |

　　　On September 26, 2022, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 11.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __September 27, 2022__　　　　　　　　　　 */s/ Sheila K. Oberto*　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE